UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KIRKPATRICK,

      Plaintiff,

    v.

K. CHAPPELL,

      Defendant.

Case No.  15-cv-00978-JST (PR)

**ORDER OF DISMISSAL**

In a notice dated March 3, 2015, the Clerk of the Court directed plaintiff to complete an in forma pauperis (IFP) application, and told him that he must complete the document within twenty-eight days or his action would be dismissed.  Plaintiff's IFP application was due by April 10, 2015.  In a notice dated March 5, 2015, the Clerk directed plaintiff to complete a civil rights complaint form within twenty-eight days or his action would be dismissed.  Plaintiff's complaint form was due by April 13, 2015.  To date, plaintiff has not filed the required documents or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  April 20, 2015

_____
JON S. TIGAR
United States District Judge